The People of the State of Illinois, appellee, v. Milwaukee Dairy Company, appellant. Gen. Nos. 31,457 and 31,458.

Action in debt for recovery of penalty for violating Pure Food Law. Judgment on default, against defendant. See *ante*, p. 341. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed May 17, 1927.

Gallagher, Schulman, Abrams & Henry, for appellant. Robert E. Crowe, State's Attorney, for appellee; Edward H. Taylor, Assistant State's Attorney, and Arthur L. Israel, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

## SECOND DISTRICT.

Milton Halowell, administrator, plaintiff in error, v. Chicago, Rock Island & Pacific Railway Company, defendant in error. Gen. No. 7,569.

Action for death by wrongful act of defendant's train colliding with automobile in which plaintiff's intestate was riding. Judgment for defendant. Error to the Circuit Court of La Salle county; the Hon. Joe A. Davis, Judge, presiding. Heard in this court at the April term, 1926. Affirmed. Opinion filed February 21, 1927. Rehearing denied April 6, 1927.

A. E. Butters and Roger H. Clark, for plaintiff in error. Woodward, Hibbs & Pool, for defendant in error; Daniel Taylor, of counsel.

Mr. Justice Jones delivered the opinion of the court.

William H. Fiser, appellee, v. Chicago & North Western Railway Company and the City of Rockford, appellants. Gen. No. 7,727.

Action for damages to an automobile. Judgment for plaintiff. Appeal from the Circuit Court of Winnebago county; the Hon. Edward D. Shurtleff, Judge, presiding. Heard in this court at the October term, 1926. Reversed and remanded. Opinion filed March 7, 1927.

Hyer & Gill and David D. Madden, for appellants. Roy F. Hall, for appellee.

Mr. Presiding Justice Partlow delivered the opinion of the court.